Aug. 22, 1979.

422 A.2d 693

Commonwealth v. Barnes, Appellant.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

Argued April 10, 1979. Zanita Zacks–Gabriel, Assistant Public Defender, for appellant; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.